Approved.

IT IS SO ORDERED.

s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

-----------------------------------------------------------------------------x

Derek George, individually and on behalf of all others similarly situated;

                  Plaintiff,

-v.-

I.C. System, Inc. and John Does 1-25

                  Defendants.

-----------------------------------------------------------------------------x

Civil Action No:
3:20-cv-2266

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** March 25, 2021

| **For Plaintiff Derek George** | **For Defendant I.C. System, Inc.** |
|---|---|
| */s/ Amichai Eitan Zukowsky*<br>Amichai Eitan Zukowsky<br>Zukowsky Law, LLC<br>23811 Chagrin Blvd., Ste. 160<br>Beachwood, OH 44122<br>216-800-5529<br>ami@zukowskylaw.com | */s/ Joseph Kendall Merical*<br>Joseph Kendall Merical<br>Gordon & Rees Scully Mansukhani<br>41 South High Street Suite 2495<br>Columbus, OH 43215<br>614-340-5558<br>jmerical@grsm.com |
|  |  |

1

## CERTIFICATE OF SERVICE

I certify that on March 25, 2021, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>*/s/ Amichai Eitan Zukowsky*</u>
Amichai Eitan Zukowsky
**Zukowsky Law LLC**
23811 Chagrin Blvd., Ste. 160
Beachwood, OH 44122
*Attorneys for Plaintiff*